

# NUMBER 13-19-00109-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

CITY OF ELSA, TEXAS,                                                    Appellant,

v.

JESSE DIAZ,                                                             Appellee.

---

### On appeal from the 398th District Court
### of Hidalgo County, Texas.

---

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

Appellant, City of Elsa, Texas, has filed a motion to stay in this case. Appellant has appealed a March 5, 2019 order denying its motion for no evidence summary judgment and motion for traditional summary judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(5) (West, Westlaw through 2017 1st C.S.). Appellant requests that we stay the underlying trial court proceedings in cause number C-1344-12-I because it "does not want to unnecessarily expend time, effort, and money defending

this action and conducting discovery pending appeal, when the Court may find that there is no jurisdiction" over the claims against it filed by appellee, Jesse Diaz. *See id.*; *id.* § 51.014(b); TEX. R. APP. P. 29.1, 29.3, 29.5.

The Court, having examined and fully considered the matters on file herein, is of the opinion that appellant is entitled to a stay of the trial court proceedings. Accordingly, we grant appellant's motion to stay and we order the trial court proceedings stayed pending resolution of this appeal or further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of March, 2019.